# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 20-3122

———————————————

United States of America,

*Plaintiff - Appellee*,

v.

Jose L. Albizures,

*Defendant - Appellant*.

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: April 6, 2021
Filed: April 9, 2021
[Unpublished]

——————————

Before COLLOTON, BENTON, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Jose Albizures appeals an eight-month term of imprisonment that the district court[1] imposed after revoking his supervised release. His counsel has moved to

---

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

withdraw and has filed a brief challenging the prison sentence as unreasonable. We note that Albizures was released from federal prison on February 26, 2021. Because Albizures challenges only his prison sentence, it would be impossible to grant him any effective relief, so the appeal is moot. *See Mills v. Green*, 159 U.S. 651, 653 (1985); *United States v. Williams*, 483 F.3d 889 (8th Cir. 2007) (per curiam). Accordingly, we dismiss the appeal and grant counsel's motion to withdraw.

_____